## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

**<u>DOCKET ITEM #</u>** 3

IN RE: Finova Group et al

| | | |
|---|---|---|
| Official Committee of Equity Securities Holders, | ) ) ) | |
| Appellant | ) | Civil Action No.   07-480 |
| v. | ) ) | |
| Finova Group Inc. and Finova Capital Corporation, | ) ) | |
| Appellees | ) | Bankruptcy Case No.  01-698 AP 07-70 |

### <u>NOTICE OF DOCKETING</u>

A Notice of Appeal of the following order of the Bankruptcy Court dated 6/26/07 and 2/1/06 was docketed in the District Court on 8/2//07:

> Order Granting Debtor's Motion Requesting Clarification of Confirmed Chapter 11 Plan
> Order Regarding Debtors' Motion Requesting Clarification of Confirmed Chapter 11 Plan

In accordance with the Standing Order of the Court dated July 23, 2004, this case shall be referred to the Appellate Mediation Panel, and briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office.  Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.


Peter T. Dalleo
Clerk of Court


Date: 8/2/07
To:     U.S. Bankruptcy Court
        Counsel