IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| THE FINOVA GROUP INC., ) | Case No. 01-0698 (PJW) |
| FINOVA CAPITAL CORPORATION, ) | |
| ) | Jointly Administered |
| Reorganized Debtors. ) | |
| ) | |
| Official Committee of Equity Security ) | |
| Holders, ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | C.A. No. 07-480 (JJF) |
| ) | |
| Finova Group Inc. and ) | Bankruptcy Case No. 01-698 |
| Finova Capital Corporation, ) | AP 07-70 |
| ) | |
| Appellees. ) | |

**STIPULATION REGARDING (I) MEDIATION BYPASS
AND (II) THE ESTABLISHMENT OF BRIEFING SCHEDULE FOR APPEAL**

This *Stipulation Regarding (I) Mediation Bypass and (II) The Establishment of Briefing Schedule for Appeal* is entered into by and between Finova Group, Inc., et al. (the "Reorganized Debtors" or the "Appellees") and the Official Committee of Equity Security Holders (the "Equity Committee" or the "Appellent"), and is joined by J. Richard Tucker, the designated mediator (the "Mediator") with respect to the above-captioned appeal (the "Appeal").

1.  Background. On April 1, 2005, the Reorganized Debtors filed their *Motion of Reorganized Debtor for an Order Under Code Section 1144 Clarifying Provision of Confirmed Plan* [Bankr. Docket No. 22] (the "Clarification Motion"), and on June 26, 2007, the United States Bankruptcy Court for the District of Delaware granted the Clarification Motion pursuant to the *Order Granting Debtors' Motion Requesting Clarification of Confirmed Chapter*

*11 Plan* [Bankr. Docket No. 220] (the "Clarification Order"). On July 6, 2007, the Equity Committee filed a notice of appeal [Bankr. Docket No. 226] of the Clarification Order, and on July 16, 2007 the Reorganized Debtors filed a cross appeal [Bankr. Docket No. 231]. The Equity Committee's appeal has been docketed; the cross-appeal has not. Pursuant to the Standing Order dated July 23, 2004, the United States District Court for the District of Delaware (the "District Court") ordered the parties to mediation (the "Mediation") before the Mediator.

2. <u>Status of Mediation</u>. The Mediator convened a status conference relating to the Mediation and reviewed certain documents submitted by the parties prior to the status conference. The Reorganized Debtors took the position that the mediation was not likely to be successful and the Mediator agreed with that position. On that basis, the parties have requested the District Court to terminate the mediation and proceed with the Appeal.

3. <u>Stipulation</u>. Based on the foregoing, it is stipulated and agreed by the undersigned that:

    a. The Mediation shall be terminated and the appeal shall proceed forthwith.

    b. The parties are requesting the District Court to establish the following as a briefing schedule:

        i. Appellant's Brief due on Monday, October 22, 2007.

        ii. Appellees' Answering Brief due on Monday, November 19, 2007.

        iii. Appellant's Reply Brief due on Monday, December 3, 2007.

4. <u>Mediator's Signature</u>. The Mediator's signature reflects his judgment that

it is inadvisable to proceed with the Mediation and recommends bypass of the Mediation.

Dated: September 26, 2007
Wilmington, Delaware

/s/ Mark D. Collins

Mark D. Collins (No. 2981)
Jason M. Madron (No. 4431)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700

- and -

Jonathan M. Landers
Robert K. Dakis
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
(212) 351-4059

ATTORNEYS FOR DEBTORS

Dated: September 26, 2007
Wilmington, Delaware

/s/ William D. Sullivan

William D. Sullivan, Esq. (No. 2820)
WILLIAM D. SULLIVAN, LLC
8 East 8th Street, Suite 400
Wilmington, DE 19801
(302) 428-8191

- and -

Mark D. Silverschotz, Esq.
James Andrade, Esq.
ANDERSON KILL & OLICK
1251 Avenue of the Americas
New York, NY 10020-1182
(212) 278-1000

ATTORNEYS FOR COMMITTEE

3

RLF1-3205037-2

Dated: September 26, 2007
Wilmington, Delaware

*/s/ J. Richard Tucker*
J. Richard Tucker
MARON MARVEL BRADLEY
& ANDERSON, P.A.
1201 North Market Street, Suite 900
Wilmington, DE 19801
(302) 425-0177

MEDIATOR

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| THE FINOVA GROUP INC., ) | Case No. 01-0698 (PJW) |
| FINOVA CAPITAL CORPORATION, ) | |
| ) | Jointly Administered |
| Reorganized Debtors. ) | |
| ) | |
| Official Committee of Equity Security ) | |
| Holders, ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | C.A. No. 07-480 (JJF) |
| ) | |
| Finova Group Inc. and ) | Bankruptcy Case No. 01-698 |
| Finova Capital Corporation, ) | AP 07-70 |
| ) | |
| Appellees. ) | Re: Docket No. _____ |

**ORDER APPROVING STIPULATION REGARDING (I) MEDIATION BYPASS
AND (II) THE ESTABLISHMENT OF BRIEFING SCHEDULE FOR APPEAL**

Based on the *Stipulation Regarding (I) Mediation Bypass and (II) The Establishment of Briefing Schedule for Appeal* entered into by and between Finova Group, Inc., et al. and the Official Committee of Equity Security Holders, and joined by J. Richard Tucker, the designated mediator with respect to the above-captioned appeal (the "Stipulation"), the Court hereby orders and directs that the Stipulation shall be effective as an Order of this Court, and that the parties shall adhere to the briefing schedule set forth in paragraph 3 of the Stipulation.

Dated: October ____, 2007
       Wilmington, Delaware

                                                _____
                                                The Honorable Joseph J. Farnan, Jr.
                                                United States District Judge

RLF1-3205037-2

## CERTIFICATE OF SERVICE

I, Jason M. Madron, do hereby certify that on September 26, 2007 a copy of the foregoing **Stipulation Regarding (I) Mediation Bypass and (II) the Establishment of Briefing Schedule for Appeal** was served on the parties on the attached list and in the manner indicated thereon.

Jason M. Madron (Bar No. 4431)

RLF1-3205894-1

*FINOVA Capital Corporation - Service List*
*Local via Hand Delivery / Non-Local via First Class Mail*

David Buchbinder
Office of the United States Trustee
844 King St., Suite 2313
Lockbox 35
Wilmington, DE 19801 USA

William D. Sullivan
4 East 8th Street, Suite 400
Wilmington, DE 19801

Howard A. Cohen
Reed Smith LLP
1201 N. Market St., Suite 1500
Wilmington, DE 19801

Martin Bienenstock
Weil, Gotshal & Manges LLP
767 Fifth Ave.
New York, NY 10153

Jonathan M. Landers, Esq.
Robert J. Dakis, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Ave.
New York, NY 10166

Mark D. Silverschotz
James Andriola
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020

J. Richard Tucker
Maron Marvel Bradley
& Anderson, P.A.
1201 North Market Street, Suite 900
Wilmington, DE 19801