**RICHARDS, LAYTON & FINGER**
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

Jason M. Madron
Associate

Direct Dial Number
302-651-7595
Madron@rlf.com

September 26, 2007

**VIA HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
United States District Court
for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Room 4124
Lockbox 27
Wilmington, DE 19801

    Re:    **Official Committee of Equity Security Holders v. Finova Group Inc. and Finova Capital Corporation, Civil Action No. 07-480 (JJF)**

Dear Judge Farnan:

    This firm, along with the firm of Gibson, Dunn & Crutcher LLP, is counsel to Finova Group Inc. and Finova Capital Corporation, appellees in the above-referenced civil action (the "Action"). Enclosed for Your Honor's consideration and requested entry please find: (a) the *Stipulation Regarding (I) Mediation Bypass and (II) the Establishment of Briefing Schedule for Appeal* (the "Stipulation") and (b) a proposed form of order concerning the Stipulation, copies of which were filed in the Action today.

    I remain available should Your Honor have any questions concerning the Stipulation or proposed form of order in connection therewith.

    Respectfully,

    Jason M. Madron

JMM/lma
Enclosure

RLF1-3205850-1

The Honorable Joseph J. Farnan, Jr.
September 26, 2007
Page 2

cc:    William D. Sullivan, Esq. (w/enc., via Hand Delivery)
       Mark D. Silverschotz, Esq. (w/enc., via First Class Mail)
       James Andriola, Esq. (w/enc., via First Class Mail)
       David Buchbinder, Esq. (w/enc., via Hand Delivery)
       Martin J. Bienenstock, Esq. (w/enc., via First Class Mail)
       Howard A. Cohen, Esq. (w/enc., via Hand Delivery)
       Jonathan M. Landers, Esq. (w/enc., via First Class Mail)
       Robert K. Dakis, Esq. (w/enc., via First Class Mail)
       J. Richard Tucker, Esq. (w/enc., via Hand Delivery)

RLF1-3205850-1