IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| THE FINOVA GROUP INC., | ) Case No. 01-0698 (PJW) |
| FINOVA CAPITAL CORPORATION, | ) |
| | ) Jointly Administered |
| Reorganized Debtors. | ) |
| | ) |
| Official Committee of Equity Security Holders, | ) |
| | ) |
| Appellant, | ) |
| | ) |
| v. | ) C.A. No. 07-480 (JJF) |
| | ) |
| Finova Group Inc. and | ) Bankruptcy Case No. 01-698 |
| Finova Capital Corporation, | ) AP 07-70 |
| | ) |
| Appellees. | ) Re: Docket No. ____ |

**ORDER APPROVING STIPULATION REGARDING (I) MEDIATION BYPASS
AND (II) THE ESTABLISHMENT OF BRIEFING SCHEDULE FOR APPEAL**

Based on the *Stipulation Regarding (I) Mediation Bypass and (II) The Establishment of Briefing Schedule for Appeal* entered into by and between Finova Group, Inc., et al. and the Official Committee of Equity Security Holders, and joined by J. Richard Tucker, the designated mediator with respect to the above-captioned appeal (the "Stipulation"), the Court hereby orders and directs that the Stipulation shall be effective as an Order of this Court, and that the parties shall adhere to the briefing schedule set forth in paragraph 3 of the Stipulation.

Dated: October 1, 2007
Wilmington, Delaware

*[signature]*
The Honorable Joseph J. Farnan, Jr.
United States District Judge

RLF1-3205037-2