IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: Finova Group et al.

| | |
|---|---|
| Official Committee of Equity Securities Holders, | )<br>) Civil Action No. 07-480 (JJF)<br>) |
| Appellant | )<br>) |
| v. | ) Bankruptcy Case No. 01-698<br>) AP 07-70 |
| Finova Group Inc. and<br>Finova Capital Corporation, | )<br>) |
| Appellees. | ) |

**DECLARATION OF JAMES GADSDEN IN OPPOSITION TO MOTION
FOR A STAY PENDING APPEAL**

James Gadsden declares as follows:

1. I am a partner in the firm of Carter Ledyard & Milburn LLP, counsel for The Bank of New York Trust Company, N.A.

2. Pursuant to the terms of the Agreement of Resignation, Appointment and Acceptance effective November 1, 2004, The Bank of New York Trust Company, N.A. (the "Successor Trustee") became successor trustee under the Indenture dated as of August 22, 2001 (the "Indenture"), between The Finova Group Inc. and the Bank of New York, as Trustee pursuant to which more than $3.2 billion in principal amount of 7.5% Senior Secured Notes due 2009 (the "Notes") were issued. Giving effect to the redemptions to date, $1,424,165,520 in principal amount of the Notes remain outstanding.

3. As counsel for the Successor Trustee, I have been monitoring the proceedings resulting in the Order Granting Debtors' Motion Requesting Clarification of Confirmed Chapter 11 Plan, dated June 28, 2007 (the "Order"), which determined that the

6232338.3

Debtors are and will forever be insolvent.[1] The Order allows the Debtors to use the funds presently in the segregated account, approximately $81,228,000, to pay amounts due on the Notes. The Bankruptcy Court stayed the Order until October 22, 2007. The Official Committee of the Equity Security Holders (the "Equity Committee") has moved in this court for a further stay pending appeal of the Order.

4. The Finova Group Inc. has adequately represented the position of the Successor Trustee and the Noteholders in this dispute. In an effort to reduce expenses and avoid the unnecessary duplication of effort, the Successor Trustee has abstained from filing separate pleadings.

5. The Successor Trustee now files this pleading to respond to the suggestion by the Equity Committee that the Successor Trustee and Noteholders are indifferent to the expeditious resolution of this dispute. It is obvious that the Noteholders have a strong interest in a determination that allows the Debtors without further delay to distribute to the Noteholders the $81 million in segregated funds that have accumulated since the first distributions were made to Noteholders in 2004. Investment of the funds by the Debtors at interest is not an adequate substitute for the return that the Noteholders might achieve if the funds had been distributed to them.

I declare under penalty of perjury that the foregoing is true and correct. Executed in New York, New York on October 2, 2007.

_____
James Gadsden

---

[1] Although I appeared in the Bankruptcy Court as counsel for the Successor Trustee at hearings on the relief sought by the Equity Committee in 2006, I was not served with the Equity Committee's opening brief and motion on this appeal. The Equity Committee's notice of appeal identifies another firm as counsel for the Successor Trustee. The Successor Trustee's first notice of the Equity Committee's argument that the Noteholders were indifferent to the early distribution of the 5% holdback was my receipt of the Debtor's answering brief.

## CERTIFICATE OF SERVICE

I, Jason M. Madron, do hereby certify that on October 3, 2007 a copy of the foregoing **Declaration of James Gadsden in Opposition to Motion for a Stay Pending Appeal** was served on the parties on the attached list and in the manner indicated thereon.

                                                                      _____
                                                                      Jason M. Madron (Bar No. 4431)

*FINOVA Capital Corporation - Service List*
*Local via Hand Delivery / Non-Local via First Class Mail*

David Buchbinder
Office of the United States Trustee
844 King St., Suite 2313
Lockbox 35
Wilmington, DE 19801 USA

William D. Sullivan
4 East 8th Street, Suite 400
Wilmington, DE 19801

Howard A. Cohen
Reed Smith LLP
1201 N. Market St., Suite 1500
Wilmington, DE 19801

Martin Bienenstock
Weil, Gotshal & Manges LLP
767 Fifth Ave.
New York, NY 10153

Jonathan M. Landers, Esq.
Robert J. Dakis, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Ave.
New York, NY 10166

Mark D. Silverschotz
James Andriola
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020

J. Richard Tucker
Maron Marvel Bradley
& Anderson, P.A.
1201 North Market Street, Suite 900
Wilmington, DE 19801