## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| THE FINOVA GROUP., INC., | ) | Case No. 01-0698 (PJW) |
| FINOVA CAPITAL CORPORATION | ) | |
| | ) | Jointly Administered |
| Reorganized Debtors. | ) | |
| | ) | |
| Official Committee of Equity Security | ) | |
| Holders, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-480 (JJF) |
| | ) | |
| Finova Group Inc. and | ) | Bankruptcy Case No. 01-698 |
| Finova Capital Corporation, | ) | AP 07-70 |
| | ) | |
| Appellees. | ) | |
| | ) | |

### NOTICE OF DOCUMENT FILED IN ERROR (D.I. 14)

The Official Committee of Equity Security Holders (the "Equity Committee") hereby withdraws its objection ("Objection") to the *Appellee's Motion for Leave to File a Surreply in Response to Appellant's "Reply to Objection and Answering Brief of Finova Group, Inc. and the Finova Capital Corporation to Motion and Opening Brief of the Official Committee of Equity Security Holders in Support of Stay Pending Appeal of the Bankruptcy Court's Final Clarification Order"* (D.I. 13) (the "Motion"). The Objection being withdrawn was filed on October 10, 2007 and appears at Docket No. 14. The Objection was signed and re-filed on October 10, 2007 and appears at Docket No. 15.

Dated: October 11, 2007
       Wilmington, Delaware

**WILLIAM D. SULLIVAN, LLC**

*/s/ William D. Sullivan*
William D. Sullivan (No. 2820)
4 East 8th Street, Suite 400
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302) 428-8195

-- and --

**ANDERSON KILL & OLICK, P.C.**
Mark D. Silverschotz, Esq.
James Andriola, Esq.
Han J. Ahn, Esq.
1251 Avenue of the Americas
New York, NY 10020-1182
Tel: (212) 278-1000
Fax: (212) 278-1733

*Attorneys for Appellant*

## CERTIFICATE OF SERVICE

I, William D. Sullivan, hereby certify that on the 11th day of October 2007, I caused a copy of the foregoing *Notice of Document Filed in Error (D.I. 14)* to be served upon the parties listed below in the manner indicated.

**HAND DELIVERY**
Mark D. Collins
Richards Layton & Finger
One Rodney Square
Wilmington, DE  19801

**FIRST CLASS MAIL**
Jonathan M. Landers, Esq.
Paul Guillotte, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY  10166

**FIRST CLASS MAIL**
James Gadsden, Esq.
Carter Ledyard & Milburn, LLP
2 Wall Street
New York, NY  10005

*October 11, 2007*
Date

         /s/ William D. Sullivan
William D. Sullivan