IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| THE FINOVA GROUP INC., ) | Case No. 01-0698 (PJW) |
| FINOVA CAPITAL CORPORATION, ) | |
| ) | Jointly Administered |
| Reorganized Debtors. ) | |
| ) | |
| Official Committee of Equity Security ) | |
| Holders, ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | C.A. No. 07-480 (JJF) |
| ) | |
| Finova Group Inc. and ) | Bankruptcy Case No. 01-698 |
| Finova Capital Corporation, ) | AP 07-70 |
| ) | |
| Appellees. ) | |

**STIPULATION REGARDING
MODIFICATION OF BRIEFING SCHEDULE FOR APPEAL**

This *Stipulation Regarding Modification of Briefing Schedule for Appeal* is entered into by and between Finova Group, Inc., et al. (the "Reorganized Debtors" or the "Appellees") and the Official Committee of Equity Security Holders (the "Equity Committee" or the "Appellant") with respect to the above-captioned appeal (the "Appeal").

WHEREAS, on April 1, 2005, the Reorganized Debtors filed their *Motion of Reorganized Debtor for an Order Under Code Section 1144 Clarifying Provision of Confirmed Plan* [Bankr. Docket No. 22] (the "Clarification Motion") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"); and

RLF1-3225886-1

WHEREAS, on June 26, 2007, the Bankruptcy Court granted the Clarification Motion pursuant to the *Order Granting Debtors' Motion Requesting Clarification of Confirmed Chapter 11 Plan* [Bankr. Docket No. 220] (the "Clarification Order"); and

WHEREAS, on July 6, 2007, the Equity Committee filed a *Notice of Appeal* [Bankr. Docket No. 226] of the Clarification Order in the Bankruptcy Court; and

WHEREAS, on July 16, 2007 the Reorganized Debtors filed a *Notice of Cross Appeal* [Bankr. Docket No. 231] in the Bankruptcy Court; and

WHEREAS, on September 26, 2007, the Appellant, the Appellees and J. Richard Tucker, the designated mediator with respect to the Appeal (the "Mediator"), entered into that certain *Stipulation Regarding (I) Mediation Bypass and (II) the Establishment of Briefing Schedule for Appeal* [District Docket No. 8] (the "Original Stipulation"); and

WHEREAS, pursuant to the Original Stipulation, the Appellant, the Appellees and the Mediator, agreed, subject to the approval of this Court to, (i) the by-pass of mediation in connection with the Appeal and (ii) the establishment of a briefing schedule with respect to the Appeal; and

WHEREAS, on October 3, 2007, this Court entered its *Order Approving Stipulation Regarding (I) Mediation Bypass and (II) the Establishment of Briefing Schedule for Appeal* [District Docket No. 11] (the "Original Briefing Order"); and

WHEREAS, pursuant to the Original Briefing Order, this Court approved the Original Stipulation, authorized the by-pass of mediation in connection with the Appeal and fixed a briefing schedule in connection with the Appeal; and

WHEREAS, pursuant to the Original Briefing Order, on October 22, 2007, Appellant filed *Appellant's Opening Brief* [District Docket No. 17] and the *Appendix of Exhibits to Appellant's Opening Brief* [District Docket No. 18]; and

WHEREAS, the Appellant and the Appellees have agreed, subject to the approval of this Court to extend, by two days, the time for briefing set forth in the Original Briefing Order with respect to the filing of Appellees' Answering Brief and Appellant's Reply Brief;

NOW, THEREFORE, in consideration of the promises and agreements set forth herein, and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the Appellant, on the one hand, and the Appellees, on the other hand hereby agree as follows:

1. **Modified Briefing Schedule**.

    a. Appellees' Answering Brief shall be filed and served on Appellant no later than **Wednesday, November 21, 2007**.

    b. Appellant's Reply Brief shall be filed and served on Appellees no later than **Wednesday, December 5, 2007**.

2. Except as expressly modified herein, the Original Briefing Order shall remain in full force and effect.

Dated: November 19, 2007
Wilmington, Delaware

Mark D. Collins (No. 2981)
Jason M. Madron (No. 4431)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700

- and -

Jonathan M. Landers
Robert K. Dakis
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
(212) 351-4059

ATTORNEYS FOR APPELLEES

Dated: November 19, 2007
Wilmington, Delaware

_____
William D. Sullivan (No. 2820)
WILLIAM D. SULLIVAN, LLC
8 East 8th Street, Suite 400
Wilmington, DE 19801
(302) 428-8191

- and -

Mark D. Silverschotz
ANDERSON KILL & OLICK
1251 Avenue of the Americas
New York, NY 10020-1182
(212) 278-1000

ATTORNEYS FOR APPELLANT

4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| THE FINOVA GROUP INC., ) | Case No. 01-0698 (PJW) |
| FINOVA CAPITAL CORPORATION, ) | |
| ) | Jointly Administered |
| Reorganized Debtors. ) | |
| _____) | |
| Official Committee of Equity Security ) | |
| Holders, ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | C.A. No. 07-480 (JJF) |
| ) | |
| Finova Group Inc. and ) | Bankruptcy Case No. 01-698 |
| Finova Capital Corporation, ) | AP 07-70 |
| ) | |
| Appellees. ) | **Re: Docket Nos. 11 and _____** |
| _____) | |

**ORDER APPROVING STIPULATION REGARDING
MODIFICATION OF BRIEFING SCHEDULE FOR APPEAL**

Based on the *Stipulation Regarding Modification of Briefing Schedule for Appeal* entered into by and between Finova Group, Inc., et al. and the Official Committee of Equity Security Holders, with respect to the above-captioned appeal (the "Stipulation"), the Court hereby orders and directs that the Stipulation shall be effective as an Order of this Court, and that the parties shall adhere to the modified briefing schedule set forth in paragraph 1 of the Stipulation and that, except as expressly modified in paragraph 1 of the Stipulation, this Court's *Order Approving Stipulation Regarding (I) Mediation Bypass and (II) the Establishment of Briefing Schedule for Appeal* [District Docket No. 11] shall remain in full force and effect.

Dated: November ____, 2007
Wilmington, Delaware

_____
The Honorable Joseph J. Farnan, Jr.
United States District Judge

RLF1-3225886-1

## CERTIFICATE OF SERVICE

I, Jason M. Madron, do hereby certify that on November 19, 2007 a copy of the foregoing **Stipulation Regarding Modification of Briefing Schedule For Appeal** was served on the parties on the attached list and in the manner indicated thereon.

                                          Jason M. Madron (Bar No. 4431)

RLF1-3225959-1

## FINOVA Capital Corporation - Service List
### Local via Hand Delivery / Non-Local via First Class Mail

David Buchbinder, Esq.
Office of the United States Trustee
844 King Street, Suite 2313
Lockbox 35
Wilmington, DE 19801

Jonathan M. Landers, Esq.
Robert J. Dakis, Esq.
Gibson Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166

William D. Sullivan, Esq.
WILLIAM D. SULLIVAN, LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801

Mark D. Silverschotz, Esq.
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020

RLF1-3225962-1