IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| THE FINOVA GROUP INC., ) | Case No. 01-0698 (PJW) |
| FINOVA CAPITAL CORPORATION, ) | |
| ) | Jointly Administered |
| Reorganized Debtors. ) | |
| ) | |
| Official Committee of Equity Security ) | |
| Holders, ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | C.A. No. 07-480 (JJF) |
| ) | |
| Finova Group Inc. and ) | Bankruptcy Case No. 01-698 |
| Finova Capital Corporation, ) | AP 07-70 |
| ) | |
| Appellees. ) | Re: Docket Nos. 11 and _____ |

**ORDER APPROVING STIPULATION REGARDING
MODIFICATION OF BRIEFING SCHEDULE FOR APPEAL**

Based on the *Stipulation Regarding Modification of Briefing Schedule for Appeal* entered into by and between Finova Group, Inc., et al. and the Official Committee of Equity Security Holders, with respect to the above-captioned appeal (the "Stipulation"), the Court hereby orders and directs that the Stipulation shall be effective as an Order of this Court, and that the parties shall adhere to the modified briefing schedule set forth in paragraph 1 of the Stipulation and that, except as expressly modified in paragraph 1 of the Stipulation, this Court's *Order Approving Stipulation Regarding (I) Mediation Bypass and (II) the Establishment of Briefing Schedule for Appeal* [District Docket No. 11] shall remain in full force and effect.

Dated: November 27, 2007
Wilmington, Delaware

_____
The Honorable Joseph J. Farnan, Jr.
United States District Judge

RLF1-3225886-1