IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: Finova Group et al

| | |
|---|---|
| Official Committee of Equity Securities Holders, ) ) ) Appellant ) ) v. ) ) Finova Group Inc. and ) Finova Capital Corporation, ) ) Appellees. ) | Civil Action No. 07-480 (JJF) Bankruptcy Case No. 01-698 AP 07-70 |

**MOTION FOR EXPEDITED CONSIDERATION OF APPELLANTS' MOTION
FOR STAY PENDING APPEAL**

The Official Committee of Equity Security Holders ("Equity Committee"), Appellants in the above-referenced appeal of a decision by the Delaware Bankruptcy Court, by and through its undersigned counsel, hereby moves for expedited consideration of its Motion for Stay Pending Appeal filed simultaneously herewith, pursuant to Bankruptcy Rule 8017. In support of its Motion for Expedited Consideration,[1] the Equity Committee states as follows:

1. The Equity Committee filed the attached Motion for Stay Pending Appeal on September 4, 2008 (the "Stay Motion," attached as Exhibit A hereto). The Stay Motion seeks a stay of this Court's Final Order entered on August 26, 2008 affirming the Bankruptcy Court's decision in these matters beyond the automatic ten-day stay period set forth in Bankruptcy Rule 8017(a), pending an appeal to the Third Circuit. The ten-day stay expires Friday, September 5, 2008.

---

[1] This Motion for Expedited Consideration is being filed in lieu of a notice of motion, for the reasons set forth herein.

2.  Rule 8 of the Federal Rules of Appellate Procedure requires that a motion for stay pending appeal of a district court decision must be made to the district court first. Bankruptcy Rule 8017(b) provides that the district court can extend the stay up to thirty days from the date of entry of the district court judgment, which is also the deadline for filing a notice of appeal to the court of appeals.

3.  The deadline for the Equity Committee to file its notice of appeal to the Third Circuit Court of Appeals is September 25, 2008. This Court will be deprived of jurisdiction to rule on the attached Motion for Stay Pending Appeal once the notice of appeal is filed. *In re AWC Liquidation Corp.*, 292 B.R. 239 (D.Del.2003).

4.  Pursuant to the standard briefing schedule for motions set forth in Rule 7.1.2.(b) of the District Court Local Rules, absent expedited consideration, the Stay Motion filed on September 4, 2008 will be fully briefed on September 25, 2008, the last day the notice of appeal can be filed. Moreover, if the Court's Order dated February 1 2008 regarding the procedures for filing non-case dispositive motions in non-patent cases is deemed to apply to the Stay Motion, the Stay Motion must be noticed for the Court's scheduled hearing date on October 9, fourteen days after the Court will be deprived of jurisdiction over the motion by the filing of a notice of appeal.

5.  The Motion for Stay Pending Appeal sets forth the reasons why a stay pending appeal is necessary to avoid irreparable harm to the Equity Committee. Expedited Consideration of the motion is necessary so that the Court can properly review and decide the motion (as contemplated by the Federal Rules of Appellate Procedure and by Bankruptcy Rule 8017) before it is deprived of jurisdiction over the motion. Absent expedited consideration, the relief which Rule 8017 allows this Court to provide would

be rendered moot before this Court conducts any substantive review of the Equity Committee's request for relief.

WHERFORE, for the foregoing reasons, the Equity Committee respectfully requests that the Court enter an Order in the attached form granting expedited consideration of the Motion for Stay Pending Appeal.

Dated: September 4, 2008
Wilmington, Delaware

SULLIVAN · HAZELTINE · ALLINSON LLC

_____
William D. Sullivan (No. 2820)
4 East 8th Street, Suite 400
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302) 428-8195
email: bsullivan@sha-llc.com

-- and --

**REED SMITH LLP**
Mark D. Silverschotz, Esq.
James M. Andriola, Esq.
Han J. Ahn, Esq.
599 Lexington Avenue
New York, NY 10022
Tel: (212) 521-5400
Fax: (212) 521-5450

*Attorneys for the Official Committee of Equity Security Holders*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: Finova Group et al

| | | |
|---|---|---|
| Official Committee of Equity Securities Holders, | ) ) ) | |
| | ) | Civil Action No. 07-480 (JJF) |
| Appellant | ) ) | |
| v. | ) ) | |
| Finova Group Inc. and Finova Capital Corporation, | ) ) ) | Bankruptcy Case No. 01-698 AP 07-70 |
| | ) | |
| Appellees. | ) | |

**ORDER GRANTING EXPEDITED CONSIDERATION OF APPELLANTS' MOTION FOR STAY PENDING APPEAL**

Upon the motion of the Official Committee of Equity Security Holders ("Equity Committee") for expedited consideration of its Motion for Stay Pending Appeal, and for the reasons set forth in the motion, it is hereby

ORDERED, that the motion is GRANTED as set forth herein.

Briefing on the Motion for Stay Pending Appeal shall occur on the following schedule: Appellees shall file their response to the Motion for Stay Pending Appeal on or before September _____, 2008.

Appellant's reply shall be filed by September _____, 2008.

A hearing on the Motion for Stay Pending Appeal will be held on September _____, 2008.

Dated: _____, 2008            _____
                                     The Honorable Joseph J. Farnan
                                     United States District Judge

# Exhibit A
### (Motion for Stay Pending Appeal)
### (See D.I. 33)

## CERTIFICATE OF SERVICE

    I, William D. Sullivan, do hereby certify I am not less than 18 years of age and that on this 4th day of September 2008, I caused a copy of the foregoing *Motion for Expedited Consideration of Appellants' Motion for Stay Pending Appeal* to be served upon the parties listed below in the manner indicated.

| **E-MAIL & HAND DELIVERY** | **E-MAIL & FIRST CLASS MAIL** |
|---|---|
| Mark D. Collins, Esq<br>Richards Layton & Finger<br>One Rodney Square<br>Wilmington, DE 19801 | Jonathan M. Landers, Esq.<br>Paul Guillotte, Esq.<br>Gibson Dunn & Crutcher LLP<br>200 Park Avenue<br>New York, NY 10166 |
| **E-MAIL & HAND DELIVERY** | **E-MAIL & FIRST CLASS MAIL** |
| David L. Buchbinder, Esq.<br>Office of the U.S. Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207<br>Wilmington, DE 19801 | James Gadsden, Esq.<br>Carter Ledyard & Milburn, LLP<br>2 Wall Street<br>New York, NY 10005 |

    Under penalty of perjury, I declare that the foregoing is true and correct.

*September 4, 2008*                                   */s/ William D. Sullivan*
Date                                                        William D. Sullivan